**Mrs. Elnora HARRIS et al., Plaintiffs-Appellants,**

v.

**Dr. H. A. FOSTER et al., Defendants-Appellees.**

**No. 30908.**

United States Court of Appeals,
Fifth Circuit.

May 27, 1971.

Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., for plaintiffs-appellants.

John T. Marshall, Randall L. Hughes, Atlanta, Ga., Willis G. Haugen, Newnan, Ga., James C. Owen, Jr., Griffin, Ga., Sanders, Mottola, Haugen, Wood & Goodson, Newnan, Ga., Beck, Goddard, Owen, Squires & Murray, Griffin, Ga., Attorneys for defendants-appellees.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

Before GEWIN, BELL and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]